JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | Defendant(s): |
|---|---|
| First Listed Plaintiff: Acting Secretary of Labor, United States Department of Labor Edward C. Hugler ; | First Listed Defendant: Buffalo Eagle Stop LLC ; |
| **County of Residence:** Outside This District | **County of Residence:** Dallas County |
|  | Additional Defendants(s): Cody's Eagle Stop, LLC ; Cody's Eagle Stop ; Cody J. May ; |

**County Where Claim For Relief Arose:** Webster County

| Plaintiff's Attorney(s): | Defendant's Attorney(s): |
|---|---|
| Senior Trial Attorney Dana M. Hague (Edward Hugler) U.S. Department of Labor, Office of the Solicitor 2300 Main Street, Suite 1020 Kansas City, Missouri 64108 Phone: (816) 285-7260 Fax: (816) 285-7287 Email: hague.dana.m@dol.gov |  |

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq., action to recover minimum and overtime wages, plus liquidated damages, and an injunction

## Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 12000

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Dana M. Hague

**Date:** 02-13-2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.